ROBERT W. FREEMAN
Nevada Bar No. 003062
DANIELLE C. MILLER
Nevada Bar No. 009127
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Clark County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SONIA GRIVE, | CASE NO. 2:17-cv-03109-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR THE FILING OF DEFENDANT CLARK COUNTY'S RESPONSE TO PLAINTIFF'S COMPLAINT** |
| vs. | |
| CLARK COUNTY, a political subdivision, and municipality, including its department, CLARK COUNTY ELECTION DEPARTMENT, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Danielle C. Miller, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, counsel for Defendant CLARK COUNTY ("Clark County"), and Michael P. Balaban, Esq. of the LAW OFFICE OF MICHAEL P. BALABAN, counsel for Plaintiff Sonia Grive ("Plaintiff"), that:

The due date for Defendant Clark County's Response to Plaintiff's Complaint (ECF No. 1), be extended from January 15, 2018, to February 14, 2018.

**<u>Reason for the Extension:</u>**

Because of the complexity of the claims made in Plaintiff's Complaint, Clark County needs additional time to perform an investigation prior to filing a responsive pleading. This is Clark County and Plaintiff's first request to extend this deadline, which is made in good faith and

/ / /

/ / /

4829-6998-8442.1

not for purposes of delay.

DATED this 10th day of January, 2018.　　　　DATED this 10th day of January, 2018.

LAW OFFICE OF MICHAEL P. BALABAN　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Michael P. Balaban*　　　　　　　　　　　*/s/ Robert W. Freeman*

By: _____　　　　　　By: _____
MICHAEL P. BALABAN, ESQ.　　　　　　　ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 009370　　　　　　　　　　Nevada Bar No. 003062
10726 Del Rudini Street　　　　　　　　　　DANIELLE C. MILLER, ESQ.
Las Vegas, Nevada 89141　　　　　　　　　Nevada Bar No. 009127
*Attorneys for Plaintiff*　　　　　　　　　　6385 S. Rainbow Boulevard, Suite 600
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89118
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　*Clark County*

　　　　IT IS SO ORDERED:

　　　　　　　　　　　_____
　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　DATED: January 10, 2018

4829-6998-8442.1　　　　　　2