# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SONIA GRIVE, | Case No. 2:17-cv-03109-JAD-VCF |
| Plaintiff(s), | |
| v. | **NOTICE TO DEFENDANT AND DEFENDANT'S COUNSEL** |
| CLARK COUNTY, ELECTION DEPT., | |
| Defendant(s). | |

On February 15, 2018, the Court ordered all counsel of record who will be participating in the trial and a party representative with settlement authority to appear for an early neutral evaluation at 9:30 a.m. on March 22, 2018. Docket No. 12. A representative for the County arrived more than an hour late, at 10:35 a.m. The County's lead counsel, as identified on the docket, did not appear at all. Although the Court declines to initiate sanctions proceedings in this instance, the Court **CAUTIONS** Defendant and Defendant's counsel that they are required to comply with all orders in the future.

IT IS SO ORDERED.

Dated: March 22, 2018

Nancy J. Koppe
United States Magistrate Judge