1 ROBERT W. FREEMAN
  Nevada Bar No. 003062
2 DANIELLE C. MILLER
  Nevada Bar No. 009127
3 LEWIS BRISBOIS BISGAARD & SMITH LLP
  6385 S. Rainbow Boulevard, Suite 600
4 Las Vegas, Nevada 89118
  702.893.3383
5 FAX: 702.893.3789
  *Attorneys for Defendant*
6 *Clark County*

7                **UNITED STATES DISTRICT COURT**

8                      **DISTRICT OF NEVADA**

9                                ***

10 SONIA GRIVE,                          CASE NO. 2:17-cv-03109-JAD-VCF

11            Plaintiff,
                                         **STIPULATION AND ORDER TO**
12       vs.                             **EXTEND DISCOVERY**

13 CLARK COUNTY, a political subdivision,
   and municipality, including its department,
14 CLARK COUNTY ELECTION
   DEPARTMENT,
15
             Defendants.
16

17        Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of

18 record, hereby stipulate and request that this Court extend discovery in the above-entitled matter

19 by ninety (90) days, up to and including November 9, 2018.  The parties also request that the

20 dispositive motions and pretrial order deadlines be extended for an additional ninety (90) days.  In

21 support of this Stipulation, the parties provide as follows:

22        1.        Plaintiff filed her Complaint on December 22, 2017.  (ECF No. 1)

23        2.        On February 14, 2018, Defendant Clark County filed an Answer to Plaintiff's

24 Complaint.  (ECF No. 9).

25        3.        On March 5, 2018, the parties held their F.R.C.P. 26 conference and on March 8,

26 2108, the parties filed their initial Stipulated Discovery Plan and Scheduling Order in compliance

27 with F.R.C.P. 26(f) and LR 26-1(e).  (ECF No. 13).

28        4.        On March 9, 2018, U.S. Magistrate Judge Cam Ferenbach established the following

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4830-9038-6796.1

discovery plan (ECF No. 27):

Last day of discovery:                          August 13, 2018

Last day to amend/add:                          May 5, 2018

Initial expert disclosure:                      June 14, 2018

Rebuttal expert disclosure:                     July 13, 2018

Dispositive motions filed:                      September 12, 2018

Joint pre-trial order:                          October 12, 2018

     5.    In compliance with Local Rule 26-4, the parties provide the following information regarding the status of discovery:

a.    <u>Discovery Completed</u>:

1)  On March 6, 2018, Defendant Clark County served its Initial Disclosure of Documents and Witnesses pursuant to F.R.C.P. 26.

2)  On March 20, 2018, Plaintiff served her Initial Disclosure of Documents and Witnesses pursuant to F.R.C.P. 26.

3)  On March 12, 2018, Defendant Clark County served Plaintiff with Interrogatories and Requests for Production of Documents.

4)  On May 8, 2018, Plaintiff served her Answers to Defendant Clark County's First Set of Interrogatories and Responses to Clark County's First Set of Requests for Production of Documents.

b.    <u>Discovery that remains to be completed</u>:

1)  Defendant Clark County will need to complete Plaintiff's deposition.

2)  Plaintiff will need to complete the depositions of Clark County and Union employees, Catherine Smith-McIntosh, Joseph Gloria, Lorena Portillo, Randy Peters, Cherie Mancini and possibly others.

3)  The parties will need to complete the depositions of any and all other witnesses identified through discovery.

c.    <u>Reasons why discovery was not completed</u>:

Counsel for Defendant Clark County is handling a 600 member class-action FLSA Action

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

entitled *David Small v. University Medical Center, et. al.,* 2:13-cv-00298-APG-PAL. Given the age of the case, Magistrate Leen has set a firm discovery cutoff date of August 31, 2018, which will cause some delay in scheduling the depositions of Clark County's employees. Counsel for Defendant has also booked a pre-paid two-week vacation to Europe for September 3, 2018 through September 14, 2018, which will also cause additional delays in scheduling depositions. The parties continue to discuss settlement in an effort to resolve this matter prior to incurring additional fees and costs associated with completing the above mentioned discovery.

     d.   <u>Proposed schedule for completion of remaining discovery</u> (extension of remaining deadlines by approximately ninety (90) days):

| | |
|---|---|
| **Last day of discovery:** | **November 9, 2018** |
| **Dispositive motions filed:** | **December 11, 2018** |
| **Joint pre-trial order:** | **January 10, 2019** |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this case and adequately prepare their respective cases for trial. This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    WHEREFORE, the parties respectfully request that this Court extend the discovery period

2  by ninety (90) days, up to and including November 9, 2018, and the other pre-trial deadlines as

3  outlined in accordance with the list above.

4        SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

5  DATED this 5th day of July, 2018.          DATED this 5th day of July, 2018.

6  LAW OFFICE OF MICHAEL P. BALABAN          LEWIS BRISBOIS BISGAARD & SMITH LLP

7      */s/ Michael P. Balaban*              */s/ Danielle C. Miller*

8  By: _____            By: _____
     MICHAEL P. BALABAN, ESQ.                ROBERT W. FREEMAN, ESQ.
9    Nevada Bar No. 009370                   Nevada Bar No. 003062
     10726 Del Rudini Street                 DANIELLE C. MILLER, ESQ.
10   Las Vegas, Nevada 89141                 Nevada Bar No. 009127
     *Attorneys for Plaintiff*               6385 S. Rainbow Boulevard, Suite 600
11                                           Las Vegas, Nevada 89118
                                             *Attorneys for Defendant*
12                                           *Clark County*

13

14

15                         **ORDER**

16       IT IS SO ORDERED.

17       DATED this 5th day of July, 2018.

18

19       _____
              U.S. MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW