Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SONIA GRIVE, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY, ELECTION DEPARTMENT, <br><br> Defendant. | CASE NO. 2:17-cv-03109-JAD-VCF <br><br> STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFF MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT MUST REPLY TO PLAINTIFF'S RESPONSE <br> [LR 7-1; LR IA 6-2] <br><br> (First Request) <br><br> ECF No. 25 |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendant Clark County's motion for summary judgment filed on March 11, 2019, for which the response is currently due on April 1, 2019, will be continued one week until April 8, 2019 and Defendant will be provided an additional week also to file their reply brief.

///

1

Said continuance is being stipulated to, to give Plaintiff an adequate opportunity to respond to said motion given the other matters Plaintiff's counsel is involved in, including a response to motions for summary judgment in two other cases and an opening appeals brief in yet another case. No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for summary judgment.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Attorney for Plaintiff<br><br>Dated: March 27, 2019 | /s/ Danielle C. Miller<br>Danielle C. Miller, Esq.<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br>Attorney for Defendant<br><br>Dated: March 27, 2019 |

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey
Dated: March 28, 2019