Michael P. Balaban   State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV  89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SONIA GRIVE , <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY, a political subdivision, and municipality including its department, CLARK COUNTY, ELECTION DEPARTMENT, <br><br> Defendant. | CASE NO. 2:17-cv-03109-JAD-VCF <br><br> STIPULATION AND ORDER CONTINUING THE DATE THAT THE PARTIES MUST FILE THEIR JOINT PRE-TRIAL ORDER [LR 7-1; LR IA 6-2] <br><br> (First Request) |

On December 3, 2019 this Court entered its order granting in part and denying in part Defendant Clark County's motion for summary judgment and referred the case for a mandatory settlement conference which has been scheduled for January 28, 2020 at 10 a.m. before the Honorable Cam Ferenbach.

THIS BEING THE CASE, IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective counsels of record pursuant to LR 7-1 and LR IA 6-2 that the filing

of the joint pre-trial order be extended to 30 days after the scheduled settlement conference on January 28, 2020 or by February 27, 2020, if settlement of the case is not reached at the settlement conference.

Said continuance is being stipulated to save the time, money and energy needed to prepare the pre-trial order if in fact the case is settled at the settlement conference.

This stipulation is being filed past the 30 days after the Court's order denying in part summary judgment due to mis-calendaring and the fact that Plaintiff's counsel was out of town over the Christmas holiday from December 25th to January 1st and Defendant's counsel was also out of town over the Christmas holiday from December 22nd to December 28th. In addition both counsel were working on other matters in December.

No previous continuances or extensions have been requested or granted as to the filing of the joint pre-trial order. Thus the parties feel that good cause exists to order this stipulation.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Attorney for Plaintiff<br><br>Dated: January 6, 2020 | /s/ Robert W. Freeman<br>Robert W. Freeman, Esq.<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, NV 89118<br>Attorney for Defendant<br><br>Dated: January 6, 2020<br><br>IT IS SO ORDERED:<br><br>_____<br>UNITED STATES DISTRICT JUDGE<br>Dated: January 7, 2020. |