# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SONIA GRIVE,<br><br>           Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, ELECTION DEPARTMENT,<br><br>           Defendant. | 2:17-cv-003109-JAD-VCF<br>**ORDER** |

      Due to the evolving health crisis in the community regarding COVID-19, and Temporary General Order 2020-04, IT IS HEREBY ORDERED that the settlement conference scheduled for March 27, 2020, is VACATED and will be RESCHEDULED at a later date.

      DATED this 20th day of March, 2020.

                                                                      CAM FERENBACH<br>                                                                 UNITED STATES MAGISTRATE JUDGE