ROBERT W. FREEMAN
Nevada Bar No. 003062
E-Mail Robert.Freeman@lewisbrisbois.com
TARA U. TEEGARDEN
Nevada Bar No. 15344
Email: Tara.Teegarden@lewisbreisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Clark County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| SONIA GRIVE,<br><br>        Plaintiff,<br><br>    vs.<br><br>CLARK COUNTY, a political subdivision, and municipality, including its department, CLARK COUNTY ELECTION DEPARTMENT,<br><br>        Defendants. | CASE NO. 2:17-cv-03109-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 45 |

IT IS HEREBY STIPULATED and AGREED between Plaintiff SONIA GRIVE ("Plaintiff"), by and through her counsel of record, the LAW OFFICE OF MICHAEL P. BALABAN, and Defendant CLARK COUNTY ("Defendant") by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against

…

…

…

…

…

…

…

4836-4839-2154.1

1  …

2  …

3  Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their
4  own attorney's fees and costs.

5  DATED this 9th day of February, 2021.       DATED this 9th day of February, 2021.

6  LAW OFFICE OF MICHAEL P. BALABAN        LEWIS BRISBOIS BISGAARD SMITH LLP

8  BY:  /s/ *Michael P. Balaban*                BY: /s/ *Tara U. Teegarden*
        MICHAEL P. BALABAN, ESQ.                  ROBERT W. FREEMAN, ESQ.
9       Nevada Bar No. 9370                       Nevada Bar No. 03062
        10726 Del Rudini Street                   TARA U. TEEGARDEN
10      Las Vegas, Nevada 89141                   Nevada Bar No. 15344
        *Attorneys for Plaintiff*                 6385 S. Rainbow Boulevard, Suite 600
11                                                Las Vegas, Nevada 89118
                                                  *Attorneys for Defendant Clark County*

### ORDER

Based on the parties' stipulation **[ECF No. 45]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 10, 2021

4836-4839-2154.1                  2